In the United States Court of Appeals
For The Third Circuit
(ID# X7, B38.)                    DATE 7/25/2005.

Preston Catchings                 RECEIVED
        vs                        JUL 29 2005        CIVIL ACTION NO.# 04-159 ERIE
Mr. Orr   et. al.                 U.S.C.A. 3rd. CIR.  EVIDENCE AND ORDER WILL BE BRIEFTENED
                                                      UPON RECIEPT OF NOTICE OF APPEAL

## Notice of Appeal to the Court of Appeal
## From a Order of the District Court

NOTICE is HEREBY given that Preston Catchings BJ8956, the plaintiff, verses Mr. Orr et. al., in the ABOVE NAMED CASE, CIVIL ACTION, NO.# 04-159 ERIE County. HEREBY Appeal to the United States Court of Appeal for the Third Circuit from Memorandum Order. And Now this 27th day of June 2005. IT IS HEREBY Ordered that the DEFENDANTS Motion to Dismiss Doc.# 19 is Granted.       The Order GOES on to STATE MAGISTRATE Judges Report and Recommendation filed May 24, 2005 recommended that Defendant Motion to Dismiss be Granted, that the parties were allowed (10) days from the date of service to file Objections. Service was made on plaintiff, no objection were filed.

Plaintiff states for this Court review, that he filed objections, to the DEFENDANTS Motion to Dismiss. the caption of the pleadings read "Motion in Opposition to Defendants Motion to Dismiss, and Addendum to the Motion for Summary Judgment, with Amendment to the Complaint.

Plaintiff petitioning was rejected thrice and returned stating you must submit (8) copies, one for each DEFENDANT moved responded. By resending the Motion, litigating DISCRIMINATION of INDIGENT, INMATES by prison officials, the Court would not Except plaintiff pleading. 28 U.S.C. §1915(B)(1) if a prisoner does not have sufficient funds, will not be prohibited from proceeding.

X _____ BJ8956