FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JULY 8, 2, 2005

Preston Catchings

Mr. Morrow et al.                    CIVIL ACTION NO. 04-159 Erie

NOTICE OF INTENT

I, Preston Catchings #BJ8956, filed this Appeal in a timely fashion. But, due to putting the wrong portion in envelope, it was mailed to the 3rd Circuit Court instead of to the District Court. Never-the-less, the 3rd Circuit Clerk, should have forwarded the package see Rule 3(a) fed. Rules of appellate procedure and Rule 3.1 Third Cir. L.A.R.

The package in question "Notice of Appeal" was mailed 7-25-05 postmarked 7/26/2005, received by the 3rd Circuit Court on 7/29/2005. Please file this Notice of Appeal according to procedure. Excuse scratch on notice of legal writing. The envelope that left SCI Cresson was torn + scratched.

I mailed to this court (received + back sent w/

enclosure: Notice of Appeal
enclosure: Letter of returned Appeal

Respectfully Submitted

/s/ _____
                        #BJ8956
Preston Catchings BJ8956
SCI Cresson P.O. Box "A"
Old Route 22, Cresson, PA.
                        ZIP 16699.

OFFICE OF THE CLERK

**MARCIA M. WALDRON**

CLERK

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE

215-597-2995

July 29, 2005

Preston Catchings
# BJ 8956
P.O. Box A
Cresson, PA 16699-0001

Re: Undocketed in Third Circuit Court of Appeals

Dear Mr. Catchings:

The enclosed notice of appeal is returned to you. As you have previously been advised, any notice of appeal must be filed with the clerk of the District Court and not directly with this Court. A copy of this Court's May 2, 2005 letter in which you were last advised of this is also enclosed for your information.

Very truly yours,

Marcia M. Waldron, Clerk

By:

_/s/ Bradford A. Baldus_
Bradford A. Baldus
Senior Legal Advisor to the Clerk

Enclosures

Form DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

Commonwealth of Pennsylvania
Department of Corrections

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

| | |
|---|---|
| 1. To: (Name and Title of Officer) | 2. Date: |
| 3. By: (Print Inmate Name and Number) <br><br> _____ <br><br> _____ <br> Inmate Signature | 4. Counselor's Name <br><br> 5. Unit Manager's Name |
| 6. Work Assignment | 7. Housing Assignment |

JUL 2 9 2005

U.S.C.A. 3rd. CIR.

8. Subject: State your request completely but briefly. Give details.

9. Response: (This Section for Staff Response Only)

To DC-14 CAR only ☐                To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____ / _____ Date _____
                              Print                              Sign

Revised July 2000

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1.   To: (Name and Title of Officer) | 2.   Date: |
| 3.   By: (Print Inmate Name and Number)<br><br>_____<br><br>_____<br>Inmate Signature | 4.   Counselor's Name |
| | 5.   Unit Manager's Name |
| 6.   Work Assignment | 7.   Housing Assignment |

8.   Subject:  State your request completely but briefly.  Give details.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

9.   Response (This Section for Staff Response Only)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| To DC-14 CAR only  ☐ | To DC-14 CAR and DC-15 IRS  ☐ |
|---|---|

Staff Member Name  _____ / _____  Date _____
                              Print                              Sign

Revised July 2000

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
P.O. BOX 598
**CAMP HILL, PA 17001-0598**

FOR OFFICIAL USE ONLY
_____
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| FROM: (INMATE NAME & NUMBER) | SIGNATURE of INMATE: | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |

INSTRUCTIONS:
1   Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2.  State your grievance in Block A in a brief and understandable manner.
3.  List in Block B any actions you may have taken to resolve this matter.  Be sure to include the identity of staff
    members you have contacted.

**A.** Provide a brief, clear statement of your grievance.  Additional paper may be used, maximum two pages.

RECEIVED
JUL 29 2005
U.S.C.A. 3rd. CIR.

**B.** List actions taken and staff you have contacted, before submitting this grievance.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_____          _____
Signature of Facility Grievance Coordinator                          Date

**WHITE** - Facility Grievance Coordinator Copy   **CANARY** - File Copy   **PINK** - Action Return Copy   **GOLDENROD** - Inmate Copy
Revised
December 2000

| | |
|---|---|
| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
| 1.  To: (Name and Title of Officer) | 2.  Date: |
| 3.  By: (Print Inmate Name and Number)<br><br>_____<br><br>_____<br><br>**Inmate Signature** | 4.  Counselor's Name<br><br>5.  Unit Manager's Name |
| 6.  Work Assignment | 7.  Housing Assignment |

8.   Subject:  State your request completely but briefly.  Give details.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

9.   Response: (This Section for Staff Response Only)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| | |
|---|---|
| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |

Staff Member Name  _____  /  _____  Date  _____
                          Print                                    Sign

Revised July 2000