IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PRESTON CATCHINGS,
          Plaintiff,
    v.                                          C.A. No. 04-159 Erie
MR. ORR, et al,
          Defendants.

## MEMORANDUM ORDER

      Plaintiff's complaint was received by the Clerk of Court on June 7, 2004, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

      The magistrate judge's report and recommendation, filed on May 20, 2005, recommended that Defendants' Motion to Dismiss (Doc. #19) be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail at SCI Albion, where he is incarcerated, and on Defendants. No objections were filed. After de novo review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

      AND NOW, this 27th Day of June, 2005;

      IT IS HEREBY ORDERED that the Defendants' Motion to Dismiss (Doc. #19) is GRANTED. The Clerk of Court is directed to close this case.

      The report and recommendation of Magistrate Judge Baxter, dated May 19, 2005, is adopted as the opinion of the court.

                                                      _____
                                                      SEAN J. McLAUGHLIN
                                                      United States District Judge

cc:    Susan Paradise Baxter
       U.S. Magistrate Judge

       all parties of record

AO 72
(Rev. 8/82)