UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-3770

Catchings

vs.

Orr, et al.

Preston Catchings, Appellant

(Western District of Pennsylvania Civil No. 04-cv-00159E)

**O R D E R**

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

*Marcia M. Waldron*

Clerk

Date: November 29, 2005